IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 11-287 |
| | ) | |
| RANDALL F. GUZIK. | ) | |
| | ) | |

## FINAL ORDER OF FORFEITURE

AND NOW, this __3d__ day of __June__, 2013, upon consideration of the United States' Motion for Final Order of Forfeiture, it is hereby ORDERED that the Motion is GRANTED, and that one 1997 White Ford E-350 van, VIN#1FDKE305VHA49863 is hereby forfeited to the United States pursuant to 18 U.S.C. §982(a)(7) and 18 U.S.C. §982(b)(1), for disposition in accordance with federal law, free and clear of all right, title and interest of any person or entity, including, without limitation, Randall Guzik.

_Maurice B. Cohill, Jr._
United States District Court