IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | Criminal No. 11-287 |
| ) | |
| RANDALL F. GUZIK. ) | |
| ) | |

## AMENDED FINAL ORDER OF FORFEITURE

AND NOW, this  10th  day of  July , 2013, upon consideration of the United States' Motion to Amend Final Order of Forfeiture, it is hereby ORDERED that the Motion is GRANTED, and that the Final Order of Forfeiture dated June 3, 2013 be amended to reflect the corrected VIN number, 1FDKE30S0VHA49863 for the forfeited 1997 White Ford E-350 van.

Except as amended hereby, the Order of Court dated June 3, 2013 remains in full force and effect.

_Maurice B. Cohill Jr._
UNITED STATES DISTRICT COURT